Jimmie W. Pursell, Jr. - 19957
jpursell@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911

Michael O. Kassak
Christopher P. Leise
Edward M. Koch
kassakm@whiteandwilliams.com
leisec@whiteandwilliams.com
koche@whiteandwilliams.com
WHITE AND WILLIAMS LLP
Liberty View
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002-2220
Telephone: (856) 317-3600

Attorney for Plaintiffs

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gradient Analytics, Inc., Donn Vickrey, and James Carlton Carr Bettis,<br><br>Plaintiffs,<br><br>vs.<br><br>Biovail Corporation, Biovail Pharmaceuticals, Inc., and Biovail Pharmaceuticals, LLC,<br><br>Defendants. | No. 2:10-cv-00335-PHX-FJM<br><br>**CORPORATE DISCLOSURE STATEMENT OF GRADIENT ANALYTICS, INC.** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff Gradient Analytics, Inc. in compliance with the provisions of:  (*check one*)

   X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly

3441300v1(50538.13)

        held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

X_____ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  (*Attach additional pages if needed.*)

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

_____ Other (please explain)

DATED this 18th day of February, 2010.

                              JENNINGS, STROUSS & SALMON, P.L.C.

                              By:_____*/s/ Jimmie W. Pursell, Jr.*_____
                                 Jimmie W. Pursell, Jr.
                                 201 East Washington Street – 11th Floor
                                 Phoenix, AZ  85004-2385
                                 Attorneys for Plaintiffs

                                 Michael O. Kassak
                                 Christopher P. Leise
                                 Edward M. Koch
                                 kassakm@whiteandwilliams.com
                                 leisec@whiteandwilliams.com
                                 koche@whiteandwilliams.com
                                 WHITE AND WILLIAMS LLP
                                 Liberty View
                                 457 Haddonfield Road, Suite 400
                                 Cherry Hill, NJ 08002-2220
                                 Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on February, 18, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing

☐ I hereby certify that on February, 18, 2010, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

By  */s/ Michele Maser*